# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERVIN ALLEN,** | Case No.: 2:16-cv-03640-TON |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| | **(Unlawful Debt Collections Practices)** |
| **GLOBCAL CREDIT & COLLECTION CORPORATION,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

PLEASE TAKE NOTICE that the parties have settled this action.

Dispositional documents will be filed within sixty (60) calendar days.

Date: October 18, 2016

/s/ Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on October 18, 2016, I filed the forgoing document using the Court's ECF system and served a copy by U.S. Mail and electronic mail on Defendant, who has not yet appeared, through its counsel, in accordance with the Federal Rules of Civil Procedure at the following address:

> Global Credit & Collection Corporation
> c/o Brian W. Ledebuhr, Esq.
>  Vedder Price
> 222 North LaSalle Street
> Chicago, IL 60601
> bledebuhr@vedderprice.com

Date: October 18, 2016          /s/ Amy Lynn Bennecoff Ginsburg
                                Amy Lynn Bennecoff Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                1930 E. Marlton Pike, Suite Q29
                                Cherry Hill, NJ 08003
                                Phone: (856) 429-8334
                                Email: aginsburg@creditlaw.com
                                Attorney for the Plaintiff